UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HELEN L. LLOYD,

        Plaintiff,
v.                      Case No. 8:11-cv-2257-T-33TGW

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to the September 20, 2012, Report and Recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 22), in which Judge Wilson recommends that the decision of the Commissioner denying benefits be reversed and the matter remanded for further consideration. Specifically, Judge Wilson concludes that the Commissioner's decision "fails adequately, and reasonably, to assess all of the pertinent impairment evidence." Id. at 11. As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright,

681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Thomas G. Wilson, United States Magistrate Judge (Doc. # 22), is **ACCEPTED** and **ADOPTED**.

(2) The decision of the Commissioner of Social Security denying benefits is **REVERSED** and this matter is **REMANDED** for further proceedings.

(3) The Clerk is directed to enter judgment in favor of the Plaintiff reflecting that the Commissioner's decision denying benefits is reversed and remanded, and thereafter to close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>11th</u> day of October, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record